UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MICHAEL J. NELSON

       V.                                   CIVIL ACTION NO. 04-11616-RGS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION

# J U D G M E N T

**STEARNS, DJ.**                                                         **SEPTEMBER 3, 2008**

IN ACCORDANCE WITH THIS COURT'S ALLOWANCE OF THE CONSENTED-TO MOTION FOR JUDGMENT AFFIRMING THE COMMISSIONER'S DECISION,

IT IS HEREBY ORDERED:   THE COMMISSIONER'S DECISION FINDING THE PLAINTIFF, MICHAEL J. NELSON, DISABLED SINCE SEPTEMBER 1, 2001 IS HEREBY **AFFIRMED,** AND JUDGMENT THEREFORE IS HEREBY ENTERED IN FAVOR OF THE PLAINTIFF, MICHAEL J. NELSON.

SO ORDERED.

                                                                      RICHARD G. STEARNS
                                                                      UNITED STATES DISTRICT JUDGE

                      **BY:**

                                           /s/ Mary H. Johnson
                                           _____
                                                       **Deputy Clerk**