UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. NELSON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL NO. 04-11616-RGS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| DEFENDANT. | ) |

ORDER AS TO ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT

This Court has ordered the case remanded for additional administrative action. Therefore, Plaintiff is entitled to reasonable attorney fees and expenses. The parties have stipulated that such attorney's fees in this case total $3,262.50.

Accordingly, it is ordered that Plaintiff be paid a total of $3,262.50 in attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 5th day of September, 2008.

HONORABLE RICHARD G. STEARNS
U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS